UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                  Chapter 11

BrewSA Brewing Company, LLC,                            Case No. 8-23-72653-las

                                Debtor.
-------------------------------------------------------------x

## ORDER DISMISSING CHAPTER 11 CASE

Upon the motion of the United States Trustee dated December 6, 2023 (the "Motion") [Dkt. No. 51] seeking an order pursuant to 11 U.S.C. §1112(b) converting or dismissing the chapter 11 case; and no opposition to the Motion having been filed; and the Court having held a hearing on the Motion on January 11, 2024 (the "January 11 Hearing"); and the United States Trustee having appeared by his counsel, Stan Y. Yang, Esq., and the Debtor having appeared by its counsel, Michael Farina, Esq., at the January 11 Hearing; and the Debtor having consented to dismissal of the chapter 11 case with prejudice for a period of 180 days; and upon the record of the January 11 Hearing, and after due deliberation, and good and sufficient cause appearing therefor, it is hereby

**ORDERED** that the chapter 11 case is hereby dismissed, it is further

**ORDERED** that the Debtor is precluded from filing for chapter 11 relief for a period of 180 days from entry of this Order.



Dated: January 24, 2024
       Central Islip, New York

_____
**Louis A. Scarcella**
**United States Bankruptcy Judge**